# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**QUANTRUS TERRELL GREEN**  **CASE NO. 5:25-CV-00696 SEC P**
**#139842/62999/329486**

**VERSUS**  **JUDGE TERRY A. DOUGHTY**

**JENNIFER JACKSON**  **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 19], noting no written and filed objections thereto, and reviewing the record *de novo* and concurring with the findings and reasons of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff, Quantrus Green's, complaint and amended complaint [Doc. Nos. 1, 14] are **DISMISSED WITH PREJUDICE**, as frivolous under 28 U.S.C. § 1915(e).

MONROE, LOUISIANA, this 29th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT